Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS AFFAIRS
COUNCIL

      Plaintiff

  vs.

FEDERAL SERVICE IMPASSES PANEL, et al

      Defendant

Civil No.     20-837    (CJN)

Category   C

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  4/3/2020  from Judge Richard J. Leon

to Judge Carl J. Nichols  by direction of the Calendar Committee.

(Case Not Related)

JUDGE ELLEN S. HUVELLE

Chair, Calendar and Case
Management Committee

cc:    Judge Richard J. Leon    & Courtroom Deputy

      Judge Carl J. Nichols    & Courtroom Deputy
      Liaison, Calendar and Case Management Committee